

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-18-00121-CR |
| EX PARTE: | § | |
| | § | Appeal from the |
| KELSEY FIELDS. | § | 384th District Court of |
| | § | of El Paso County, Texas |
| | § | (TC# 20170D03143 and |
| | § | 2018DCV2228) |

## J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss appeal, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF JULY, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.